IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Robert James Laneair, Debtor          Case No. 20-01303-KMS
                                                Chapter 13

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

      prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

  G.  No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

  H.  I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: /s/ Robert James Laneair_____             06-17-2025___
        Robert James Laneair                                                                          Date

        /s/ Thomas C. Rollins, Jr._____             06-17-2025___
        Thomas C. Rollins, Jr., MS Bar No. 103469                  Date
        Attorney for the Debtor
        The Rollins Law Firm, PLLC
        P.O. Box 13767
        Jackson, MS 39236
        601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

## CERTIFICATE OF SERVICE

    On June 17, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                                        /s/ Thomas C. Rollins, Jr._____
                                                        Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 20-01303 |
|---|---|
| ROBERT JAMES LANEAIR | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 6/17/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/17/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 20-01303 |
|---|---|
| ROBERT JAMES LANEAIR | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 6/17/2025, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/17/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
CASE INFO                                                                            EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING    SCOLOPAX   LLC                                   US BANKRUPTCY COURT
NCRS ADDRESS DOWNLOAD               CO WEINSTEIN   RILEY   PS                        THAD COCHRAN US COURTHOUSE
CASE 20-01303                       2001 WESTERN AVENUE   STE 400                    501 E COURT STREET
SOUTHERN DISTRICT OF MISSISSIPPI    SEATTLE   WA 98121-3132                          SUITE 2300
TUE JUN 17 12-13-15 PST 2025                                                         JACKSON   MS 39201-5036




CASHNET USA                         CHECK INTO CASH                                  COMMUNITY CHOICE FINAN
175 W JACKSON                       2121 HWY 39                                      1217 S FRONTAGE RD
STE 1000                            MERIDIAN   MS 39301-2634                         STE D
CHICAGO   IL 60604-2863                                                              MERIDIAN   MS 39301-6124




COMMUNITY LOANS   LLC               CREDIT ONE BANK                                  DEPARTMENT OF THE TREASURY
4611 8TH ST                         PO BOX 98872                                     INTERNAL REVENUE SERVICE
MERIDIAN   MS 39307-5827            LAS VEGAS   NV 89193-8872                        PO BOX 7346
                                                                                     PHILADELPHIA   PA 19101-7346




EXPRESS CHECK ADVANCE               INTERNAL REVENUE SERVI                           (P)JEFFERSON CAPITAL SYSTEMS LLC
1316 25TH AVE                       CO US ATTORNEY                                   PO BOX 7999
MERIDIAN   MS 39301-3947            501 EAST COURT ST                                SAINT CLOUD MN 56302-7999
                                    STE 4430
                                    JACKSON   MS 39201-5025



EXCLUDE
(D)(P)JEFFERSON CAPITAL SYSTEMS LLC  LVNV FUNDING   LLC                              (P)TOWER CREDIT   INC
PO BOX 7999                          RESURGENT CAPITAL SERVICES                      ATTN STEPHEN BINNING
SAINT CLOUD MN 56302-7999            PO BOX 10587                                    3880 FLORIDA BOULEVARD
                                     GREENVILLE   SC 29603-0587                     SUITE A
                                                                                     BATON ROUGE LA 70806-3828




MS DEPT OF REVENUE                  MASTER CARD                                      PERSONIFY
BANKRUPTCY SECTION                  PO BOX 5222                                      PO BOX 500650
PO BOX 22808                        CAROL STREAM   IL 60197-5222                     SAN DIEGO   CA 92150-0650
JACKSON   MS 39225-2808




PERSONIFY FINANCIAL                 PLAIN GREEN                                      (P)PLAIN GREEN LOANS
PO BOX 500650                       93 MACK ROAD STE 600                             93 MACK ROAD   SUITE 600
SAN DIEGO   CA 92150-0650           BOX ELDER   MT 59521                             BOX ELDER   MT 59521



                                    EXCLUDE
RUSH MEDICAL FOUNDATIO              (D)SCOLOPAX   LLC                                SCOLOPAX   LLC
1314 19TH AVE                       CO WEINSTEIN   RILEY   PS                        CO WEINSTEIN   RILEY   PS
MERIDIAN   MS 39301-4116            2001 WESTERN AVE   STE 400                       2001 WESTERN AVE   SUITE 400
                                    SEATTLE   WA 98121-3132                          SEATTLE   WA 98121-3132




SPECIALIZED MANAGEMENT              TEA OLIVE   LLC                                  TITLE CASH
2101 N HILL ST                      PO BOX 1931                                      422 MS 19
MERIDIAN   MS 39305                 BURLINGAME   CA 94011-1931                       MERIDIAN   MS 39307
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | EXCLUDE | |
|---|---|---|
| US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON DC 20530-0001 | ~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON MS 39201-5022~~ | WORLD FINANCE<br>PO BOX 6429<br>GREENVILLE SC 29606-6429 |

| | EXCLUDE | DEBTOR |
|---|---|---|
| WORLD FINANCE<br>WORLD ACCEPTANCE CORP ATTN BANKRUPTCY<br>PO BOX 6429<br>GREENVILLE SC 29606-6429 | ~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ | ROBERT JAMES LANEAIR<br>2209 SHIELDS ALLEY EAST END<br>MERIDIAN MS 39301-2258 |

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~